## Sharon Hill Election.

*Election law—Marking of ballots—Counting of ballots—Contested election —Costs.*

1. In a contested election for an office, where one candidate is to be elected, the challenged ballots should be counted as follows:

One marked in a party square and also in the square opposite the name of the candidate for the contested office on another ticket, counted for the candidate marked.

Not marked in any square, but the name of one candidate written in the blank space with cross opposite name, not counted.

Marked in square opposite one candidate's name and the mark defaced, and marked in square opposite the other candidate's name, not counted.

Marked in party square and in square opposite name of candidate of that party, counted for that candidate.

Marked in square of one party and mark partly erased, and marked in other party square, not counted.

Marked in party square and also on right-hand side of ballot, but not in square or opposite any name, counted for candidate of party marked.

Marked in party square and also on right-hand side of ballot, not in any square, but following the name of a party designating party of individual candidate, counted for the candidate of party square marked.

No mark in any square, but mark on name of party, not counted.

No mark in party square, cross in square on right-hand side of ballot opposite both candidates, not counted.

Marked in party square and in square opposite name of candidate of other party and also on margin of ballot opposite name of candidate marked in square, counted for candidate marked.

Marked in party square and in square opposite name of candidate of other party, and line through name of candidate with party square marked, counted for candidate marked.

2. In such case, where the contest is of election of a borough tax collector, and the contest is sustained, the court will direct that the borough shall pay the costs.

Contested election for tax collector in the Borough of Sharon Hill. Q. S. Delaware Co.

*Geary & Rankin*, for contestants.

*Hannum, Chadwick, Hannum & Weeks* and *J. Malcolm Hodge*, contra.

JOHNSON, P. J., Jan. 6, 1926.—The candidates for said office were Earl Wallace on the Republican ballot and William H. Duncan on the Democratic ballot.

The tabulating board certified that Earl Wallace received 507 votes and William H. Duncan received 487 votes, thus electing Earl Wallace by twenty majority.

William H. Duncan filed a petition contesting the said election, claiming that he had been duly elected. To this petition an answer was filed by Earl Wallace.

The case was called in court, and, after testimony taken, the court ordered that the ballot-box be brought into court, opened and the ballots counted.

J. Harvey Smith and Lewis Palmer were appointed tellers.

The ballots were duly counted—the undisputed ballots numbered 967— 486 being cast for William H. Duncan and 481 for Earl Wallace.

Exceptions were taken to the counting of twenty-eight ballots, numbered by the stenographer as Exhibits 31 to 58, inclusive.

After an examination of the twenty-eight ballots, the court disposed of them in detail as follows:

Sharon Hill Election.

No. 31. Marked $\times$ in Republican square and $\times$ in square on right-hand side of ballot opposite name of William H. Duncan. Counted for William H. Duncan.

No. 32. No mark in party square. William H. Duncan written in blank space with $\times$ opposite name. Vote thrown out, not able to say for whom cast.

No. 33. No mark in party square. $\times$ in square on right-hand side of ballot opposite name of William H. Duncan. $\times$ defaced. $\times$ in square on right-hand side of ballot opposite name of Earl Wallace. Vote thrown out—spoiled ballot.

No. 34. No mark in party square. $\times$ in square on right-hand side of ballot opposite name of William H. Duncan—name scratched partly out. $\times$ in square on right-hand side of ballot opposite name of Earl Wallace. Vote thrown out—spoiled ballot.

No. 35. $\times$ in Democratic square. $\times$ on right-hand side of ballot in square opposite Earl Wallace. Counted for Earl Wallace.

No. 36. $\times$ in Democratic square. $\times$ on right-hand side of ballot in square opposite name of Earl Wallace. Counted for Earl Wallace.

No. 37. $\times$ in Democratic square. Vote for William H. Duncan.

No. 38. $\times$ in Democratic square. $\times$ on right-hand side of ballot in square opposite name of Earl Wallace. Vote for Earl Wallace.

No. 39. $\times$ in Democratic square. $\times$ on right-hand side of ballot in square opposite name of William H. Duncan. Vote for William H. Duncan.

No. 40. $\times$ in Democratic square. $\times$ in Republican square—partly scratched out. Vote thrown out—spoiled ballot.

No. 41. $\times$ in Republican square. $\times$ in square on right-hand side of ballot opposite name of Earl Wallace. Vote for Earl Wallace.

No. 42. No mark in party square. $\times$ in square on right-hand side of ballot opposite name of Earl Wallace. Vote for Earl Wallace.

No. 43. No mark in party square. $\times$ in square on right-hand side of ballot opposite name of William H. Duncan. Vote for William H. Duncan.

No. 44. No mark in party square. $\times$ in square on right-hand side of ballot opposite to both candidates, William H. Duncan and Earl Wallace. Vote thrown out.

No. 45. $\times$ in Republican square. $\times$ in space on right-hand side of ballot, not in square or opposite the name of any one. Vote for Earl Wallace.

No. 46. $\times$ in Republican square. $\times$ on right-hand side of ballot, not in any square, but through "Democratic $\times$." Vote for Earl Wallace.

No. 47. $\times$ in Republican square. $\times$ in blank space on right-hand side of ballot, not opposite the name of any one. Vote for Earl Wallace.

No. 48. No mark in party square, but $\times$ through the word Republican (thus Republ$\times$ican). Vote thrown out—no $\times$ in square.

No. 49. $\times$ in Republican square. $\times$ on right-hand side of ballot opposite name of William H. Duncan. Vote for William H. Duncan.

No. 50. $\times$ in Republican square. $\times$ in space between candidate's name, not in square. Vote for Earl Wallace.

No. 51. $\times$ in Republican square. Vote for Earl Wallace.

No. 52. $\times$ in Republican square. $\times$ on right-hand side of ballot, in square opposite name of William H. Duncan. Vote for William H. Duncan.

No. 53. $\times$ in Republican square. $\times$ on right-hand side of ballot, in square opposite name of William H. Duncan. $\times$ also on margin on right-hand side of ballot opposite name of William H. Duncan. Vote for William H. Duncan.

No. 54. $\times$ in Republican Party square. $\times$ in square on right-hand side of ballot opposite name of William H. Duncan. Vote for William H. Duncan.

Sharon Hill Election.

No. 55.  ✕ in Republican square.  ✕ on right-hand side of ballot, in square opposite name of William H. Duncan.  Vote for William H. Duncan.

No. 56.  ✕ in Republican square.  ✕ on right-hand side of ballot, in square opposite name of William H. Duncan.  Vote for William H. Duncan.

No. 57.  ✕ in Republican square.  ✕ on right-hand side of ballot, in square opposite name of William H. Duncan.  Name of W. Earl Wallace, Republican, a lead-pencil mark drawn through it.  Vote for William H. Duncan.

No. 58.  ✕ in Republican square.  ✕ on right-hand side of ballot, in square opposite name of William H. Duncan.  Vote for William H. Duncan.

Counting 12—Nos. 31, 37, 39, 43, 49, 52, 53, 54, 55, 56, 57 and 58 for William H. Duncan.

Counting 10—Nos. 35, 36, 38, 41, 42, 45, 46, 47, 50 and 51 for Earl Wallace. Throwing out 6 not counted—Nos. 32, 33, 34, 40, 44 and 48.

This makes 498 votes for William H. Duncan and 491 votes for Earl Wallace, giving William H. Duncan a majority of 7 votes, thus electing him tax collector for the Borough of Sharon Hill aforesaid; therefore,

The finding and order of the tabulating board declaring Earl Wallace elected tax collector as aforesaid is reversed, and it is decreed that William H. Duncan was elected tax collector for the Borough of Sharon Hill, in said county, at the election of Nov. 3, 1925, and it is ordered that a certificate of election be issued to William H. Duncan.  Costs to be paid by the Borough of Sharon Hill.

From A. B. Geary, Chester, Pa.